**Order entered March 8, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-01573-CR
No. 05-19-01574-CR

**CHRISTOPHER GERARD PRUITT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-55426-S & F18-55425-S**

## ORDER

Appellant's brief was initially due on August 12, 2020. On counsel's motions, we granted four extensions of time, having considered the Texas Supreme Court's ongoing direction to liberally allow extensions of time due to the COVID-19 pandemic, making appellant's brief due on March 1, 2021. To date, no brief has been filed, and we have had no further communication from appellant.

We **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make

appropriate findings and recommendations and determine whether appellant desires to prosecute these appeals, whether appellant has abandoned the appeals, or whether appointed counsel has abandoned the appeals. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, **which may include appointment of new counsel.**

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **TWENTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Amber Givens, Presiding Judge, 282nd Judicial District Court; to Valencia Bush; and to the Dallas County District Attorney's Office, Appellate Division.

These appeals are **ABATED** to allow the trial court to comply with the above order. The appeals shall be reinstated twenty days from the date of this order or when the findings are received, whichever is earlier.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE